941 F.2d 1201
 Gonzalez (Francisco), Guardian of Gonzalez (Richard,
Margaret, Gladys), Gagnon (Arlene), Guardian of Hitz (Lorn)
v.
Romanisko (Charles T.), Drozdowski (Alfred), Jones (Thomas),
O'Neill (Robert), Rossi (Robert), Pierotti (Ronald),
Ustonofski (Michael), O'Keefe (Dennis), Iiggins (Martin),
Mastruzzo (Thomas), McGlynn (William), Pennsylvania State Police
 NO. 91-5069
 United States Court of Appeals,
Third Circuit.
 JUL 03, 1991
 
 Appeal From: M.D.Pa.,
 Conaboy, J.,
 
 744 F.Supp. 95
 
 1
 AFFIRMED.